# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00593-CR

**Jamil Dion Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-09-203528, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jamil Dion Taylor seeks to appeal from a conviction for possession of methamphetamine. The trial court has certified that Taylor waived the right of appeal. The judgment also reflects that Taylor pleaded guilty and punishment was assessed pursuant to a plea bargain. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  December 2, 2009

Do Not Publish